ACCEPTED
01-15-00275-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/2/2015 6:30:19 AM
CHRISTOPHER PRINE
CLERK

**IN THE FIRST COURT OF APPEALS**
**Sitting at Houston, TX**

**NO. 01-15-00275-CR**

FILED IN
~~1st COURT OF APPEALS~~
HOUSTON, TEXAS

9/2/2015 6:30:19 AM

~~CHRISTOPHER A. PRINE~~
Clerk

**WALTER BALLARD,**
**Appellant,**

**Versus**

**THE STATE OF TEXAS,**
**Appellee.**

**Appeal from the 183rd Judicial District Court**
**Harris County, Texas- Cause No. 1390115**
**Honorable Vanessa Velasquez Presiding**

**APPELLANT'S SECOND MOTION FOR**
**EXTENSION OF TIME TO FILE BRIEF**

**TO THE HONORABLE JUSTICES OF**
**THE FIRST COURT OF APPEALS:**

MAVERICK J. RAY, undersigned counsel for Appellant, respectfully

moves for an extension of time to file Appellant's Opening Brief and for cause

would show as follows:

1. Appellant was convicted of Possession of a Child Pornography in Cause No. 1390115.

2. Timely notice of appeal was given.

3. The time for filing Appellant's brief expired on August 28, 2015. The failure to seek an extension prior to that time was not intentional or deliberate.

4. Counsel has had six jury trials set which has caused counsel to spend extra

time prepping for trial and has not allowed significant time to finish the brief in this case. Further, Appellant has moved around between five different facilities since his incarceration in March of this year and numerous communications, documents, and writings concerning Appellant's brief sent back and forth between counsel and Appellant have failed to reach its proper destination causing certain issues to not be ready to submit for review.

5. Granting leave to file and extending the time for filing the Appellant's Opening Brief will work no prejudice to the State of Texas in the preparation and filing of the Appellee's Brief

6. This request is being made not for the purpose of delay but that justice may be done and that Appellant may realize his right to appeal.

7. Appellant is requesting an extension of at least two months.

For all of the reasons set forth above. Appellant requests and pays this Court to enter an order granting an extension for the time to file Appellant's Opening Brief.

Respectfully Submitted,

/s/ Maverick J. Ray

**MAVERICK RAY**
1419 Franklin ST.
Houston, Texas 77002
Telephone: (281) 947-2007
Facsimile: (713) 714-2225
SBN: 24080451

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that a true and correct copy of the above and foregoing Motion for Extension of time to file Brief has been this day placed in the United States Mail, postage prepaid, addressed to the office of the Harris County District Attorney's office, appellate division, 1201 Franklin, Ste. 600, Houston, Texas 77002.


/s/ Maverick J. Ray
MAVERICK J. RAY